UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
AUG 0 4 1997

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

-----------------------------------------x
STEVEN J. GUTTER, on behalf
of himself and all others similarly
situated,

          Plaintiff,

  -against-

E.I. DUPONT DE NEMOURS
AND COMPANY,
and EDGAR J. WOOLARD, JR.

          Defendants.
-----------------------------------------x

CASE NO. 95-2152-CIV-MIDDLEBROOKS
REFERRED TO SPECIAL MASTER KLEIN

## MOTION TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT

Plaintiff Steven J. Gutter ("Plaintiff") hereby respectfully moves the Court, pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure and based on the facts and reasons set out in the accompanying Memorandum of Law in Support of Plaintiff's Motion to File an Amended and Supplemental Complaint, to allow the filing of the Amended and Supplemental Complaint attached hereto as Exhibit A

Dated: August 1, 1997

Respectfully submitted,

GARWIN, BRONZAFT, GERSTEIN & FISHER

By: _____
Bruce E. Gerstein
Noah Silverman
1501 Broadway, Suite 1416
New York, NY 10036
(212) 398-0055

# ADDITIONAL ATTACHMENTS <u>NOT</u> SCANNED

PLEASE REFER TO COURT FILE