IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

———————————————— x
                                              :
STEVEN J. GUTTER, on behalf                   :
of himself and all others                     :          Case No.   95-2152-CIV-GOLD
similarly situated,                           :
                                              :
               Plaintiff,                     :
                                              :
        - against -                           :
                                              :          *CLOSED CIVIL CASE*
E.I. DUPONT DE NEMOURS                         :
AND COMPANY and EDGAR                          :
J. WOOLARD, JR.,                               :
                                              :
               Defendants.   :
                                              :
                                              :
———————————————— x

FILED by _____ D.C.

MAY 3 0 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.  MIAMI

## ORDER OF FINAL JUDGMENT

This Court, having considered Representative Plaintiff's Motion for Approval of the

Settlement Agreement, between Representative Plaintiff, by and through Plaintiff's Lead

Counsel, and defendants E.I. DuPont De Nemours and Company ("DuPont") and Edgar S.

Woolard, Jr. (collectively "Defendants"); and, pursuant to this Court's May 14, 2003 Orders,

having held a hearing on May 21, 2003; and having considered all of the submissions and

arguments with respect to the motion (including any objections to the Settlement), and otherwise

being fully informed in the premises and good cause appearing therefore, IT IS HEREBY

ORDERED, ADJUDGED AND DECREED that:

1.      This Order of Final Judgment incorporates by reference the definitions in the

Settlement Agreement ("Agreement"), and all terms used herein shall have the same meanings

set forth in the Agreement.

*626*

2.     This Court has jurisdiction over the subject matter of the Action and over all

parties to the Action, including all Class Members.

3.     Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court has

certified a Class as follows:

> All persons or entities who purchased E. I. DuPont De Nemours and Co. common
> stock during the period of June 19, 1993 through and including January 27, 1995,
> excluding Defendants, members of the immediate family of Defendant Edgar J.
> Woolard, Jr., any entity in which any Defendant has a controlling interest, and the
> legal representatives, affiliates, heirs, successors, predecessors in interest, or
> assigns any Defendant.

Also excluded from the Class are the persons who requested exclusion from the Class as listed

on Exhibit A hereto.

4.     A settlement should be approved under Rule 23(e) of the Federal Rules of Civil

Procedure if the Court determines that it is "fair, adequate and reasonable and is not the product

of collusion between the parties." Bennett v. Behring Corp., 737 F.2d 982, 986 (11th Cir. 1984).

In determining whether a settlement is fair, adequate and reasonable, the Court should consider

the following factors: (1) the likelihood of success at trial; (2) the range of probable recovery; (3)

the point at or below the range of possible recovery at which a settlement is fair, adequate and

reasonable; (4) the complexity, expense and duration of the litigation; (5) the substance and

amount of opposition to the settlement; and (6) the stage of the proceedings at which the

settlement was achieved. Bennett, 737 F.2d at 986.

5.     The Court has considered the arguments made in Plaintiff's Memorandum in

Support of the Proposed Settlement, as well as the Affidavit of Lead Counsel in Support of Final

Approval of the Settlement, Award of Attorneys' Fees, Reimbursement of Expenses and an

Award to the Representative Plaintiff. After reviewing these submissions, the Court first finds that the form and manner of notice sent to members of the Class was "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950), and thus, satisfied due process and Rule 23(c) of the Federal Rules of Civil Procedure. See Eisen v. Carlisle & Jacquelin, 417 U.S. 156, 173 (1974).

6.     The Court also finds that the Settlement was reached after Plaintiff had access to sufficient information to evaluate the case and determine the adequacy of the Settlement. This litigation was settled after the completion of all fact discovery; the submission of competing expert reports; the completion of expert depositions; rulings by the Court on many significant motions; full briefing on Defendants' summary judgment motion; and, a two day mediation.

7.     The Court finds that the risks associated with proceeding to trial in this complex securities litigation, particularly the risks associated with establishing materiality, causation and damages favor approval of the Settlement. The likely duration and associated expenses of continued litigation also favor approval of the Settlement.

8.     The Court also finds that the Settlement is within the range of the possible recovery. Moreover, the court finds that other factors, such as the difficulty faced in proving damages in this securities fraud case and the significant disagreement between the parties as to whether, or in what amount, Plaintiff suffered damages caused by Defendants' alleged conduct further weigh in favor of the Settlement.

9.     The Court notes that no Class Members have objected to the Settlement which lends further support to a finding that the proposed Settlement should be approved.

10.    Based on the arguments and facts set forth in the submissions by Plaintiff and Plaintiff's Lead Counsel as well as consideration of the factors set forth in Bennett, the Settlement Agreement, and the Settlement embodied therein, are approved as fair, reasonable and adequate, and in the best interests of the Class and the Class Members, and the parties are directed to consummate the Settlement Agreement in accordance with its terms and provisions.

11.    Pursuant to Fed. R. Civ. P. 23, the Court hereby finally approves the Settlement set forth in the Agreement and finds that the Agreement and Plan of Allocation, described in the Notice to the Class are, in all respects fair, reasonable and adequate, and in the best interests of the Class.  The Parties are hereby directed to perform the terms of the Settlement.

12.    At the time of the Effective Date, Defendants shall be released and forever discharged from any and all claims, manner of action, suits, obligations, causes of action, liabilities, debts, demands, agreements, promises, damages, losses, controversies, costs, expenses, and attorneys' fees whatsoever, whether in law or equity and whether based on federal law, state law, common law or foreign law right of action or any other type or form, foreseen, actual or potential, matured or unmatured, known, or unknown, accrued or not accrued, which Representative Plaintiff and each Class Member, or any of them, ever had, now have, or can have, or shall or may hereafter have, against any Defendants, for, based on, by reason of, or arising from or relating to claims relating to the purchase of DuPont common stock during the Class Period that were made, or could have been made, in the Action, including, but not limited to (I) claims that directly or indirectly arise out of any of the facts, transactions, events, occurrences, acts or omissions mentioned in the Complaint or in discovery (formal or informal) in the Action, or other matters that are or could have been set forth, alleged, embraced or

otherwise referred to in the Complaint or the Action, which could have been brought against

Defendants relating to a Class Member's purchase of DuPont common stock during the Class

Period, including all matters encompassed within the releases and covenants not to sue set forth

in the Agreement and (ii) claims arising out of the prosecution of the Action, including, but not

limited to, claims related to fraud in the inducement, negligent misrepresentation, discovery

misconduct or fraud; except that nothing in this Order or the Agreement releases any claim

arising out of the violation or breach of the terms of the Agreement.

13.     Plaintiff's Lead Counsel, on behalf of each Class Member, covenants not to sue

Defendants with respect to, or otherwise to assert, directly, or indirectly, any of the Settled

Claims, in any court of law, or equity, or any other forum.

14.     In addition to the provisions of paragraphs 12 and 13, Plaintiff's Lead Counsel, on

behalf of each Class Member, hereby expressly acknowledges that he, she or it may have

sustained Settled Claims which are presently unknown and not suspected and that such Settled

Claims may give rise to additional damages, expenses, and losses in the future which are now not

anticipated. Plaintiff's Lead Counsel, on behalf of each Class Member, also acknowledges that

this settlement and the releases in it have been negotiated and agreed on in light of this

realization and, being full advised, expressly waives any and all rights that he, she or it may have

under any statute or common law principle that would limit the effect of the foregoing releases to

those claims actually known or suspected to exist at the time of the execution of this stipulation.

Plaintiff's Lead Counsel, on behalf of each Class Member, expressly waives any and all rights or

benefits they may now have, or in the future may have, under any law relating to the releases of

unknown claims, including, without limitation Section 1542 of the California Civil Code.

-5-

15.     The Court notes that the Defendants specifically deny all liability in this matter. Nothing in this Order or the Agreement, shall be construed as an admission in any action or proceeding of any kind whatsoever, civil, criminal or otherwise, before any court, administrative agency, regulatory body or any other body or authority, present or future, by Defendants including, without limitation, that Defendants have engaged in any conduct or practices that violate any securities statute or other law.

16.     Without affecting the finality of this judgment, the Court retains exclusive jurisdiction over the Agreement, including the administration and consummation of the Agreement and in order to determine issues relating to attorneys' fees and expenses and to any distribution to members of the Class.  In addition, without affecting the finality of this judgment, Defendants and each member of the Class hereby irrevocably submit to the exclusive jurisdiction of the United States District Court for the Southern District of Florida, for any suit, action, proceeding or dispute arising out of or relating to this Agreement or the applicability of the Agreement, including, without limitation any suit, action, proceeding or dispute relating to the release provisions herein.

17.     The Court designates Bruce E. Gerstein and his firm Garwin, Bronzaft, Gerstein & Fisher, L.L.P., which has been acting as lead counsel throughout this litigation, as Plaintiff's Lead Counsel for purposes of administration of the settlement and in accordance with the terms of the Agreement.

18.     In determining the reasonableness of attorneys' fees, the Court may consider: (1) the time and labor required; (2) the novelty and difficulty of the questions involved; (3) the skill requisite to perform the legal services properly; (4) the preclusion of other employment by the

attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or

contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount

involved and the result obtained; (9) the experience, reputation, and ability of the attorneys; (10)

the "undesirability" of the case; (11) the nature and length of the professional relationship with

the client; and (12) awards in similar cases.  Camden I Condominium Associates, Inc. V. Dunkle,

946 F.2d 768 (11th Cir. 1991).

      19.    The Court has considered the arguments and facts set forth in the Application of

Class Counsel for an Award of Attorneys' Fees, Reimbursement of Expenses, and an Award to

the Representative Plaintiff, as well as the Affidavit of Lead Counsel in Support of Final

Approval of the Settlement, Award of Attorneys' Fees, Reimbursement of Expenses

and an Award to the Representative Plaintiff.  The Court finds that Class Counsel have expended

significant time in the prosecution of this case.  The efforts undertaken included, among other

things, extensive investigation into the claims assented, substantial discovery and motion

practice, and vigorous settlement negotiations.  The securities law and discovery issues raised in

this case were complex, requiring significant time and effort to litigate.

      20.    The Court further recognizes that this action was prosecuted by Class Counsel on

a wholly contingent basis under the common fund theory, and that, over the past seven years,

Class Counsel has not been compensated for any of these efforts.

      21.    Based on the arguments and facts set forth in the submissions by Plaintiff's Lead

Counsel and Class Counsel as well as consideration of the factors set forth in Camden, Plaintiff's

Class Counsel are hereby awarded 33⅓% of the Settlement Fund as their fee award, which sum

the Court finds to be fair and reasonable, and $ 1,204,228.42 in reimbursement of expenses,

which the Court finds were necessary and appropriate in prosecuting this action and which

amount shall be paid to Plaintiff's Class Counsel from the Settlement Fund in accordance with

the terms of the Agreement, with interest from the date of funding of the Settlement Fund to the

date of payment at the same net rate that the Settlement Fund earns.  The payment of attorneys

fees is to be made to Plaintiff's Lead Counsel on behalf of all Class Counsel.  Allocation of

attorneys' fees shall be made by Plaintiff's Lead Counsel in a manner which Plaintiff's Lead

Counsel believes in good faith reflects the contribution of such counsel to the prosecution and

settlement of the Action.

22.     Based on the arguments and facts set forth in the submissions by Plaintiff's Lead

Counsel, Representative Plaintiff Steven J. Gutter is provided with an incentive award for

representing the Class of $ _35,000 .00_, which amount is in addition to whatever monies

Representative Plaintiff will receive from the Settlement Fund pursuant to the Plan of Allocation.

23.     In the event the finality of the Settlement does not occur in accordance with the

terms of the Agreement, this Order of Final Judgment shall be rendered null and void to the

extent provided by the Agreement and shall be vacated and, in such event all orders entered and

releases delivered in connection herewith shall be null and void to the extent provided by and in

accordance with the Agreement.

24.     This Order shall be deemed a final judgment, unless it is modified by U.S.

Magistrate Judge Andrea Simonton, pursuant to this Court's May 14, 2003 Orders, to address

any new evidence presented at a hearing on May 30, 2003, or some date thereafter.  In the event

that this Order is modified by Magistrate Judge Simonton, Magistrate Judge Simonton's  order

will be deemed a final judgment.

-8-

25.     There being no just reason for delay, the Clerk is hereby directed to enter final judgment, pursuant to Fed. R. Civ. P. Rule 54(b), dismissing the Action with prejudice and without costs except as otherwise provided for herein.

Dated: Miami, Florida

_May 21_____, 2003, to be effective May 30, 2003 subject to any further order of Court

SO ORDERED.

_____
Honorable Alan S. Gold
United States District Judge

# EXHIBIT A

Date 05/12/2003                                                                         Page    1

E.I. DuPont List of Exclusions


HILTON R ADAMS                JOSEPH S AGOSTINELLI JR       PAUL E ALDRICH               JOE B ALLEN
4714 S OAK ST                 22 STURBRIDGE DRIVE           306 SPALDING RD              M ANN ALLEN
TEMPE AZ    85282             WILMINGTON DE    19810        WILMINGTON DE    19803       JOHNSON RT P O BOX 1
                                                                                         PAWHUSKA OK    74056


AMERICAN EXPRESS BANK LTD HK  CARHELA J ARCARO              FRANK J ARNICH AND SHIRLEY J WILLIAM R ARNOLD
ONE PACIFIC PLACE 35/F        31 TALL OAKS DR               ARNICH JT TEN                359 HEATH DRIVE
88 QUEENSWAY                  HOCKESSIN DE    19707         6139 VILLAGE 6               AUGUSTA GA    30909
GPO BOX 3 HONG KONG                                         CAMARILLO CA    93012


PAUL J ARRUDA                 MARGARET E ATKINS             M ATKINSON                   R C AURAND
33 HAYLOFT CIRCLE             92 SCHOOL STREET              3 BINCHESTRE CROFT           AURAND FAMILY TRUST
LIMESTONE HILLS              MIDDLEBOROUGH MA    02346      SCHOOL AYCLIFFE NEWTON AYCLIFFE PO BOX 36112
WILMINGTON DE    19808                                      CO DURHAM DL5 6TG            LOS ANGELES CA    90036


MISS DORIS E AUSTIN           DONALD H BAIST                BURTON H BAKER & NORMA H     KATHLEEN H BAKER
2475 VIRGINIA NW              PO BOX 061233                 BAKER JT TEN                 334 STUART RIDGE ROAD
APT 115                       PALM BAY FL    32906          2218 MOUNT CURVE ST          MARTINSVILLE VA    24112
WASHINGTON DC    20037                                      SAINT JOSEPH MI    49085


NANCY ANN BAKER               NANCY BAKER SUCCESSOR TTEE    PETER A. BALBACH AND         MS. JUNE E. BALDWIN
224 HECLA                     THE SCHWAKOPF ESTATE TRUST    JOYCE J. BALBACH JTWROS      4410 S TORO CT
LAKE LINDEN MI    49945       UA DTD 6-18-87                132 STONEY PT LANE           KENNEWICK WA    99338
                             224 HECLA                      CHAPIN SC    29036
                             LAKE LINDEN MI    49945


JEAN M BALINT                 GAIL E BARBER                 BETTY PATTON BARBOUR         ANTOINETTE D BATTAGLIA
135 WILDWOOD LN               PO BOX 618                    1400 KENESAW AVE APT 33B     12 GRENOBLE COURT
SELKIRK NY    12158           CLAYTON DE    19938           KNOXVILLE TN    37919        CENTERVILLE DE    19807


JAMES E BAWCOM                ROBERT BAXTER                 WILLIAM K BECHTOLD           GEORGE W BECKMAN
JANE A BAWCOM                 5 MOOR PLACE                  EVE JOANN BECHTOLD           R D 4 BOX 236
22911 BRIARHORN DRIVE         PORLETHEN ABERDEENSHIRE       2421 KINGSTON RD             OLD MEADOW ROAD
SPRING TX    77389           AB12 4TF SCOTLAND             PONCA CITY OK    74604       SEAFORD DE    19973


GEORGE W BECKMAN              WILLIAM F. BELL               SONJA BEN-SHMUEL             FOREST A BENSON
SIGNE I BECKMAN               5910 DEEP FOREST RD           1031 ARDSLEY RD              2602 FRANKLIN AVE
RET 4 BOX 236                 RICHMOND VA    23237          SCHENECTADY NY    12308      BROOMALL PA    19008
SEAFORD DE    19973


WILLIAM L BERGSTRAND          ELLEN M BIBEAULT              HENRY E BIELSKI              CHARLES R BIGELOW
2211 CHASSE BEND              171 HIGHLAND ST               9751 COUNTRYMAN DRIVE        217 W PEMBREY DR
ORANGE TX    77632            WOONSOCKET RI    02895        BOISE ID    83709            WILMINGTON DE    19803


RICHARD T BILLIAR REV TRUST   JOHN C BISSLER                NORMAN B BLADES              CARL R BLOSS
DATED 04/29/98                256 PARK PLACE                MARY E BLADES                232 LAKESIDE DRIVE
RICHARD T BILLIAR AND         WADSWORTH OH    44281         19 ALPHA LANE                AIKEN SC    29801
CATHERINE L. BILLIAR CO-TTEES                               MELBOURNE FL    32934
660 KINGS TRAIL
SUNSET BEACH NC    28468


WILLARD BOONE & BYRNIE R      *** CUST/ FOR BENEFIT         GEORGE A BROADBENT           JOHN W BROOMFIELD
BOONE JT TEN                  SSB IRA ROLLOVER CUSTODIAN    908 N WEBSTER AVE            6 PIRIE CLOSE
ROUTE 2 BOX 3220             OF AUGUSTUS A BOOVA           SCRANTON PA    18510         HARBURY WARWICKSHIRE
BARTLESVILLE OK    74006      WHITE HORSE & MILL ROADS                                   CV33 9JT ENGLAND
                             PHOENIXVILLE PA    19460


D J BROWN                     MABEL G BRUMEAU               ROBERT HENRY BRUNKER &       WILLIAM H BRYANT
11 ST MARGARETS GARDENS       424 E 5TH STREET             BEVERLY BUCK BRUNKER TTEE    P O BOX 1821
BIGGLESWADE BEDFORDSHIRE      WASHBURN WI    54891         ROBERT & BEVERLY BRUNKER LIV TR JONESBORO AR    72403
SG18 8N4 ENGLAND                                           UAD 10-30-89
                                                          13278 SCHELL RD
                                                          OAKDALE CA    95361

Date 05/12/2003                                                                 Page    2

E.I. DuPont List of Exclusions

WILLIAM A BRYDEN
152 S PARADISE RD
GOLDEN CO    80401

DEREK A BUCK
5 USK VALE COURT
USK ROAD PONTYPOOL
MONTMOUTHSHIRE
NP4 8AS ENGLAND

NEIL R BULLOCK
75 FOURTH AVENUE
CAMBRIDGE ONTARIO
N1S 2E3 CANADA

GRAHAM DAVID BURCHER
101 CHEVET LANE
SANDAL WAKEFIELD
WEST YORKSHIRE WF2 6JE UK

GEORGE BURNET &
BETTY A BURNET
4813 DOVER DR
AMES IA    50010

HENRY T BUSH JR
726 LOVEVILLE RD APT 67
HOCKESSIN DE    19707

MARILYN E CAFARCHIA
355 ACERO PL
ARROYO GRANDE CA    93420

FRANK E CALHOUN AND MARY D
CALHOUN JT TEN
4025 ANTISDALE AVE
JACKSONVILLE FL    32205

DAVID R CAMPBELL
1445 DORCHESTER RD
FLORENCE SC    29501

HAROLD L CAMPBELL
5 PHELPS LANE
WESTFIELD
NEWARK DE    19711

FRANK M CAPUANO & A
ELIZABETH CAPUANO JT TEN
105 WASHINGTON AVE
WILMINGTON DE    19805

DUANE C CARLSON
151 HAWTHORNE CT
READING PA    19610

MISS CLAIRE CARMODY
6828 NORTH CONCORD LANE
NILES IL    60714

DOROTHY L CARNEAL
4314 VALLE VISTA ROAD
COLORADO SPRINGS CO    80915

W C CASH
2205 E ANAQUA AVE
VICTORIA TX    77901

CAROLE A CATERA
3 POTOMAC LN
SAYVILLE NY    11782

CATHERINE M E CHADWICK
103 OAK KNOLL AVE
SAN ANSELMO CA    94960

PAUL D CHAMBERLIN
7463 W OTERO PL
LITTLETON CO    80123

HELGA CHAREST
525A COUNTRY WALK DR
SISTER BAY WI    54234

MARY ELLEN CHEEK
1 SEATON ROAD
MORNINGTON
VICTORIA 3931
AUSTRALIA

KEITH F CHELTON &
DORIS M CHELTON
146 STANMORE RD
BALTIMORE MD    21212

JEAN H CHENG C/F
GRACE S CHENG UGMA CT
12 PROCTOR DRIVE
WEST HARTFORD CT    06117

GERALD P CHERNOFF TTEE
GERALD P CHERNOFF REV TRUST
3929 WILSHIRE DR
SARASOTA FL    34238

CHIYODA LIFE ASSET MANAGEMENT
OF AMERICA  INC.
CHEROKEE FUND
ATTN: MS. YEESHING CAI
10 EAST 50TH ST.    25TH FLOOR
NEW YORK NY    10022

ROSE I CIC
R D 1
148 VALLEYVIEW DR
FINLEYVILLE PA    15332

ROBERT W CLARK &
PHYLLIS C CLARK CHAR REMAINDER TR
ROBERT W CLARK JR TTEE
100 GLENVIEW PLACE #208
NAPLES FL    34108

ERNEST Z CLOUSER &
MARGARET E CLOUSER
3407 WICHITA
HOUSTON TX    77004

CHARLES COHEN
ANN COHEN
212 E BROADWAY G606
NEW YORK NY    10002

NORMA C COINER
501 OAK AVENUE BOX 17
WAYNESBORO VA    22980

CARL P COLE
5049 TARTAN DR
METAIRIE LA    70003

MARCIA L COLEMAN
534 KENWOOD ROAD
DREXEL HILL PA    19026

ALBERT M COLLINS
2725 FRIENDSHIP RD
BARNWELL SC    29812

ARTHUR C CONRO
3 AVENUE B
MATTAPOISETT MA    02739

RONALD I COOK
MARMONTS ACRE
RODBOROUGH STROUD
GLOS GL5 3UJ UK

BINGHAM M COOL
CALLIE W COOL
213 WYATT AVENUE
CLEMSON SC    29631

LEWIS K COPELAND
PO BOX 53
EHRHARDT SC    29081

JAMES E CORBETT
3320 MESA CT
RALEIGH NC    27607

MERRILL HOLMES CORCORAN
141 BROOKSIDE DR
ROCHESTER NY    14618

ERNEST S CORNWELL JR TR U-A
12-15-87 ERNEST S CORNWELL
JR TRUST
8867 OAK MEADOW DR 22
SAGINAW MI    48609

LEE A COUNSELL
140 E FRANKLIN PL 107
LAKE FOREST IL    60045

A F CRAIG MD
1043 S SHADY CREEK DRIVE
GREENFIELD IN    46140

JODI CRUSH
4 VALLEY DRIVE
GRAVESEND KENT
DA12 5RS ENGLAND

HERSCHEL L CULLEN
8 WEST CHAPEL HILL DRIVE
NEWARK DE    19711

FIRST NBC CUST FOR JOHN R
CANNON
4056 RYAN STREET
LAKE CHARLES LA    70605

IVOR T DAHLIN
1958 144TH LN NE
HAM LAKE MN    55304

GEORGE S DAVIS TRUST
27W 356 BEECHER
WINFIELD IL    60190

CHARLES J DEAN
1736 LAUREL HWY
SEAFORD DE    19973

CHARLES O DEEDS
RT 1 BOX 211
KEARNEYSVILLE WV    25430

E.I. DuPont List of Exclusions

ROBERT DEGUY
15 AVENUE LOHOBIAGUE
64500 ST YEAU DE LUZ
FRANCE

BARBARA W DELEON
6404 21ST AVE W APT M601
BRADENTON FL    34209

ALEXANDER DENHOLM &
DORTHEA WHITE DENHOLM
218 HALDEN AVENUE
AKRON OH    44313

FRANCIS R DIETERICH
114 LAKEBRIDGE DR
DEPTFORD NJ    08096

GERARD J DONNELLY
1266 OLLERTON RD
WEST DEPTFORD NJ    08066

DARRELL C DRAKE
2300 RIDDLE AVE APT 104
WILMINGTON DE    19806

CAROL A DUFFY
JEAN C DUFFY TR
CAROL A DUFFY
JEAN C DUFFY TRUST
4870 90TH PLACE SE
MERCER ISLAND WA    98040

MIRIAM JO DULLEY TRUST
ROBERT L JONES III &
THOMAS F JONES TTEES
826 N WASHINGTON STREET
NEVADA MO    64772

DOUGLAS R DUNCAN & DANUTE G DUNCAN
TTEES BY DUNCAN FAMILY TR
250 SO 100W
KANAB UT    84741

GERARD DUNNHAUPT
20 AVOCA AVENUE
APT 905
TORONTO ON M4T 2B8
CANADA

DAVID H DUPONT
55 BELVEDERE RD
WESTMOUNT PQ H3Y 1P7
CANADA

JEAN EAMELLO
204 BROADWAY
UNION BEACH NJ    07735

ANN B LESK RALPH EDLER &
FRED LUBCHER TT DTD 11/15/49
MARIANNE OPPENHEIM EDLER TRUST
FRIED FRANK HARRIS SHRIVER
AND JACOBSON 1 NEW YORK PLAZA
NEW YORK NY    10004

MILDRED H EDMONDSON
4615 OLD LINDEN HILL RD
WILMINGTON DE    19808

JANE WILDER EDWARDS
1201 EL MARGARITA RD
YUBA CITY CA    95993

JANE M EGGERS
1380 HERSCHEL AVE
CINCINNATI OH    45208

WILLIAM J EISSING JR
42 NEPONSET RD
WILMINGTON DE    19810

KATHERINE SHELLEY EMRICH TR
U-A 12-05-86 KATHERINE
SHELLEY EMRICH
LIVING TRUST
425 GROVE ST
EVANSTON IL    60201

GEORGE L ERB &
LOIS J ERB
205 KENNEDY AVENUE
LOUISVILLE KY    40206

S K ESTRADA
331 RIPON ROAD
STEVENAGE HERTS
SG1 4LT UK

EUROMOBILIARE FONDI SPA
VIA TURATI 9
20121 MILANO
ITALY

ISABEL B FANCOURT
3542 OLD ONSLOW ROAD
GREENSBORO NC    27407

J D FAREBROTHER
82 NORTHAMPTON RD
ROUDE NORTHAMPTON
NN7 2PF ENGLAND

MARGARET M FARRELL
179 UPLAND TERRACE
BALA CYNWYD PA    19004

EILEEN M FETCHICK
11 INDIAN HILL LANE
SANDY HOOK CT    06482

JONATHAN D FIELD
PO BOX 7475
ARLINGTON VA    22207

RAY N FIELDS
822 PIONEER DRIVE
SEYMOUR TN    37865

HAZEL FILE
1212 W COLLEGE AVENUE
JACKSONVILLE IL    62650

JAY T FISH
1957 FAIRVIEW DRIVE
ENGLEWOOD FL    33533

***HORACE JACK FISHER
SSB IRA CUSTODIAN
6210 N LEGETT
CHICAGO IL    60646

DAVID J FITZGERALD &
RUTH A FITZGERALD JT TEN
204 W WOODVIEW RD
WEST GROVE PA    19390

ANDREW MARK FLANAGAN
8 ROBIN HOOD ROAD
EDENTHORPE DONCASTER
SOUTH YORKSHIRE
DN3 2JQ UK

RUTH L FLEMING
257 FLANDERS PLACE
ROCHESTER NY    14619

MILDRED L FLOWERS
302 E BASIN ROAD PENN ACRES
NEW CASTLE DE    19720

THOMAS ALTON FLOYD
ELEANOR F FLOYD
49 AUDOBON DR
ASHEVILLE NC    28804

CARL V FOLTZ
126 HARMONY DR
FALLING WATERS WV    25419

REBECCA M. FORSYTH TTEE
THE FORSYTH FAM TR DTD 5/7/73
SELECT MANAGER ACCT
8515 COSTA VERDE BLVD. #1513
SAN DIEGO CA    92122

CURTIS H FOSHEE
838 MYRTLE VIEW DR
BATON ROUGE LA    70810

HELEN C FRAZER & ERIN M
FRAZER JT TEN
1 GRAND HALL
ENGLISH VILLAGE
DOVER DE    19904

HELEN C FRAZER & EVAN C
FRAZER JT TEN
1 GRAND HALL
ENGLISH VILLAGE
DOVER DE    19904

ANDREW PETER FREARSON
WOODLANDS DOWNEND
HORSLEY STROUD
G16 OPQ UK

SALLY S FREITAG
4314 WHITNEY AVE
SACRAMENTO CA    95821

VICTOR O FRITZE
19409 F M 2252
GARDEN RIDGE TX    78266

VIRGINIA FROHNERT
P O BOX 9B
COLTS NECK NJ    07722

ROBERT FUCHS
848 S PROSPERO DR
GLENDORA CA    91740

W A GALLIER
30 HOLYWELL RD
ABERGAVENNY GWENT
NP7 5LR UK

JOSEPH A GALLO
8802 BAYLANE
BEACH HAVEN PARK NJ    08008

JOHN F GAMBLE
25 BROOKSIDE DR
SEWELL NJ    08080

E.I. DuPont List of Exclusions

MARK R GARBARINI
1521 WOODLAND ROAD
BEDFORD VA    24523

MARY E GARBARINI TR
MARY E GARBARINI REVOC LIV TRUST
7042 HUNTER LANE
HYATTSVILLE MD    20782

WILLIAM R GARBETT JR
1926 GRANT AVE
ST ALBANS WV    25177

LES GARDINER
P O BOX 193
OPELOUSAS LA    70571

HEDY M GARDOCKI
712 L APPLETREE COURT
CLAYMONT DE    19703

CHARLES E GARLAND TR U-A
10-12-94 CHARLES E GARLAND
REVOCABLE TRUST
314 BROCKTON RD
WILMINGTON DE    19803

ANN R GEDD
2654 DRAYTON DRIVE
WILMINGTON DE    19808

RAYMOND GEDD & ANN R GEDD JT
TEN
2654 DRAYTON DRIVE
WILMINGTON DE    19808

VIRGINIA A GEORGE
4631 SW MOODY
VICTORIA TX    77905

HELEN D GEORGEFF
1217 MORNINGSIDE DRIVE
BLUE SPRINGS MO    64015

JANOS & DOROTHEA GERO
4733 NE MACARTHUR CIR
LAWTON OK    73507

JOHN M GIBSON
4 CRICKLEWOOD PARK
LONDONDERRY
NORTHERN IRELAND
BT47 5QJ UK

CECILIA A GILMORE
3 ALTON ROAD
NEWARK DE    19711

JAMES F GILMORE JR
3 ALTON ROAD
NEWARK DE    19711

ARTHUR B GNAEDINGER
537 HIGHBROOK AVENUE
PELHAM MANOR NY    10803

ROBERTA JUNE GOAD
RR3 BOX 496
LINTON IN    47441

MARTIN J GORDON
STANDIFIER PLACE PTS
2428 CONE FLOWER TRL
CHATTANOOGA TN    37421

CAROLE B GORNISH
ALANNA E GORNISH
11 FOREST HILLS DR
WEST HARTFORD CT    06117

VAUGHAN E GRAHAM
4835 ROUTE 353
SALAMANCA NY    14779

D GRAY
21 SHELLEY CLOSE
PERISTONE SHEFFIELD
SOUTH YORKSHIRE S36 6GT UK

*** MICHAEL GRIFFITH
SSB IRA ROLLOVER CUSTODIAN
AYCO ASSET MANGEMENT
3015 MARSH HAVEN
SEABROOK ISLAND
JOHN'S ISLAND SC    29455

ELLWOOD K GRIFFITH TR
ELLWOOD K GRIFFITH &
ELLA MAE GRIFFITH TRUST
804B PUTNAM BLVD
WALLINGFORD PA    19086

STANLEY T GRITTON
1572 MC KAY AVE
LOUISVILLE KY    40213

HENRY C GRIZZARD
CLAIRE K GRIZZARD
1102 WALLINGTON CT
CONYERS GA    30012

MARILYN N GRONHOLZ
2111 CAMELIA CIRCLE
MIDLOTHIAN VA    23112

MILDRED W GUNKELMAN
7776 VIA SONRISA
SCOTTSDALE AZ    85258

M C GURR C ENG M I MECH E
15 PIGHTLE CLOSE
ELMSWELL SUFFOLK
IP30 9EJ ENGLAND

JOHN L HADFIELD
326 44TH ST
SEA ISLE CITY NJ    08243

HELEH R HAHN
TOWNHOME #139
5775 FERNLAY DR WEST
WEST PALM BEACH FL    33415

HELEN R HAHN
LINDA L ARCH
TOWNHOUSE 139
5775 FERNLRY DR WEST
WEST PALM BEACH FL    33415

CATHERINE A HANLEY
3909 W FRANKLIN ST
RICHMOND VA    23221

JOSEPH F HANLEY
CATHERINE M HANLEY
3909 W FRANKLIN ST
RICHMOND VA    23221

JOSEPH F HANLEY JR
3909 W FRANKLIN ST
RICHMOND VA    23221

AUDRA C HANSEN LIV TR
AUDRA C HANSEN SOLE TTEE
5224 BOULEVARD PL
INDIANAPOLIS IN    46208

NEWTON G HARDIE
128 BAGWELL FARM ROAD
SPARTANBURG SC    29302

ANNA GUTOSKY HARGROVE
101 REDDEN LN
MIDDLETOWN DE    19709

WILLIAM T HARRINGTON
203 MAPLE AVENUE
N PLAINSFIELD NJ    07063

MARION D HART
4890 ASHLEY LN APT 304
INVER GROVE HEIGHTS MN    55077

JEAN R HAWKINS & JAMES W
HAWKINS TEN ENT
21 DEWBERRY DR
WHISPERING PINES NC    28327

KEITH HAWKINS
SILVAE STONEY BOTTOM
GRAYSHOTT HINDHEAD
SURREY UK GU26 6HW

HELEN M HEEREY TTEE
HELEN M HEEREY LIV TRUST
10427 S CLAREMONT AVE
CHICAGO IL    60643

CHARLES T HEISE
4210 US 27N 17B
DAVENPORT FL    33837

NORMA L HENRY
612 NW 143RD STREET
EDMOND OK    73013

CLAIRE M HERON
SHADY DEL PARK
32 BIRCH ST BOX 346
OCEAN VIEW DE    19970

JOHN A HILL
14107 MILLCOLE AVE
PANAMA CITY BEACH FL    32413

M E MULLINS HILLIKER
25 PARADISE POINT DR
BAY ST LOUIS MS    39520

BROOKE HINDLE & HELEN M
HINDLE JT TEN
415 RUSSELL AVE 808
GAITHERSBURG MD    20877

ROBERT P HIRNYCK C/F
SARAH MAE HIRNYCK UTMA ID
5790 SADDLE ST
BOISE ID    83709

E.I. DuPont List of Exclusions

WILLIAM T HIRNYCK
MARGARET M HIRNYCK
109 SHERBROOKE DR HYDE PARK
WILMINGTON DE    19808

JOSEPH E HOGATE
94 SPARKS AVE
PENNSVILLE NJ    08070

RANK M HOLBOK
231 EAST ST
BUFFALO NY    14207

JOHN L HOLCOMBE TR U-A
12-06-77 JOHN L HOLCOMBE
MONEY PURCHASE KEOGH
P O BOX 1227
COLUMBIA SC    29202

JOHN H HOLMES
600 SONATA WAY
SILVER SPRING MD    20901

EDWIN HUBERT
MARGARET P HUBERT
700 PALISADE RD
UNION NJ    07083

CLAYTON H HUDSON JR
3005 HILLANDALE DR
ROANOKE VA    24018

JOSEPH M HUDSON
1004 LAKE AVE
NORTH AUGUSTA SC    29841

RICHARD B HUDSON
KLAIR ESTATES
4502 HENDRY AVE
WILMINGTON DE    19808

MIRANDA BEAUFORT DE MARIGNY HUNTER
39 SEFTON STREET
LONDON SW15 1NA
ENGLAND

JOHN R HURFF
NANCY S HURFF
782 MAIN ST
SEWELL NJ    08080

JEANETTE M HUSSEY TTEE
JEANETTE M HUSSEY REV
TRUST UAD 1-4-96
400 MADISON STREET #403
ALEXANDRIA VA    22314

FRANK E HUSTON
10116 179 TH AVE NE
REDMOND WA    98052

SHIRLEY H ISAACS TR UA 07 21 92
SHIRLEY H ISAACS REV TR
P O BOX 38
BETHANY BEACH DE    19930

THOMAS W JACKSON
C/O DELORES J BEDFORD
1638 GLENVIEW CT1638 GLENVIEW CT
ST PAUL MN    55112

HOWARD W JACOBSON
2009 LONGCOME DRIVE
GRAYLYN CREST III
WILMINGTON DE    19810

INGEBORG H JAFFRAY
32402 ASCENSION RD
MONARCH BEACH CA    92629

ANNE W JAMISON
155 MOUNTAIN VIEW DR
ROCKY MOUNT VA    24151

DAVID C. JAMISON
155 MOUNTAIN VIEW DR
ROCKY MOUNT VA    24151

LARS C JANSSON
919 AVENUE LEMAY
WINNIPEG MB R3V 1E4
CANADA

HAROLD B JANZEN & HELEN E
JANZEN TR U-A 6-3-93 THE
JANZEN FAM TRUST
1815 GREEN MEADOWS RD
ALVA OK    73717

ARTHUR S JENNINGS JR
780 AUBURN MILL RD
HOCKESSIN DE    19707

WALTER T JOHNS
1811 SW 56TH AVE
PLANTATION FL    33317

JOHNSON OIL CO INC PFT SHNG ASSET
ACCUMULATION 401K RET PL I
JOHN R JOHNSON TTEE
1525 MORNINGSIDE DR
MORRISTOWN TN    37814

DAVID C JOHNSTON
8151 CAMPBELL
TAYLOR MI    48180

JOHN T JOHNSTON
405 SHILOH LANE
TUSCALOOSA AL    35406

THOMAS P JOHNSTON
404 S PUMPHREY
EDNA TX    77957

JOHN PAUL JONES
POB 41
WOODSIDE DE    19980

MARILYN J JONES TR U-A
06-16-92 MARILYN J JONES REV
TRUST
621 32ND STREET
WEST DES MOINES IA    50265

THELMA F JONES & HAROLD A
JONES JR JT TEN
36 WEST AVE #9
WOODSTOWN NJ    08098

WILLIAM H KAMINSKI
1525 SETON DR SETON VILLA
WILMINGTON DE    19809

HARRY KARNOWSKI
16364 HILLTOP DR
LINDEN MI    48451

VICTOR N KASUN
206 BRYLGON AVE
NEW CASTLE DE    19720

VICTOR N KASUN JR
PO BOX 141
NEW CASTLE DE    19720

EVELYN S KELLY & DAVID B
KELLY JT TEN
671 SW 6TH ST V T 519
POMPANO BEACH FL    33060

JOHN W KELLY
63-102 MAPLEWOOD AVE
HONEOYE FALLS NY    14472

ROBERT R KELSO
JANINE H KELSO
714 SO 14TH
THERMOPOLIS WY    82443

WILFRED D KENNEDY
P O BOX 732
DARIEN GA    31305

FRANK L KESLER
2329 S 2ND ST
MILLVILLE NJ    08332

FRANCES S KINDERWATER
1480 HOLLYWOOD DRIVE
LANCASTER PA    17601

FRANCES S KINDERWATER &
WILLIAM F KINDERWATER JT TEN
1480 HOLLYWOOD DR
LANCASTER PA    17601

C H KITSELMAN JR
1238 ZEBLEY RD
BOOTHWYN PA    19061

CHARLES H KITSELMAN JR AND
EVELYN L KITSELMAN JT TEN
1238 ZEBLEY ROAD
BOOTHWYN PA    19061

RUDOLF G KITTLITZ JR
MONTCLAIR CONDO 307
2006 CEREDO
ALPINE TX    79830

ELIZABETH C KLEMANN TR U-A
12-27-93 ELIZABETH C KLEMANN
TRUST
3 OSPREY COURT
OCEAN RIDGE FL    33435

JEROME A KNABE
CAROL A KNABE
W 2372 COUNTY RD D
NELSON WI    54756

GREGORY P KNUTSON
321 BRANDON ROAD
HOYT LAKES MN    55750

JAMES N KRAFT & CAROLYN M
KRAFT JT TEN
701 17TH AVE 107
SEATTLE WA    98122

Date 05/12/2003                                                                                    Page    6

E.I. DuPont List of Exclusions

ANTHONY S KRAJEWSKI
506 HARBOR RD
MILLVILLE DE    19970

JOHN S KRAYNICK
5014 HOFFMANSVILLE RD
OREFIELD PA    18069

RITA KRIGERS
2 BAMBURGH CLOSE
PENDAS FIELDS LEEDS
LS15 8UQ ENGLAND

JOHN L KULIG
THERESA A KULIG
378 HITZEL TERR
RUTLAND VT    05701

BRADDOCK K KYZER
4261 KYSER DR
HEPHZIBAH GA    30815

IRVIN H LA MOTTE JR
82 SPARKS AVE
PENNSVILLE NJ    08070

LARRY R LA BRANT
13207 ALLYSUM COURT
CYPRESS TX    77429

ALVIN P LAFON TR
ALVIN P LAFON FAMILY TRUST
2691 FOXGLOVE LOOP SE
ALBANY OR    97321

ROSALIE G LAMBERT
7415 CARDILLO TRAIL
YUCCA VALLEY CA    92284

R T LANE
43 DOWDING WAY
CHURCHDOWN GLOUCESTERSHIRE
GL3 2NF ENGLAND

ELIZABETH R LAVELLE
1075 SPACE PARKWAY 326
MOUNTAIN VIEW CA    94043

JOHN W LAVERTY & ROSEMARY W
LAVERTY JT TEN
2645 SOUTH IRIS ST
LAKEWOOD CO    80227

GAIL E LAWSON TR U-A
12-15-87 GAIL E LAWSON TRUST
74-376 GARY AVE
PALM DESERT CA    92260

DOROTHY S LAYTON
211 WILLOW VALLEY SQUARE
APT D310
LANCASTER PA    17602

D M LEACOCK
60 CLAYTON ROAD
HAYES MIDDDX
UB3 1AZ ENGLAND

KARL J LEHMAN
23081 FARMINGTON RD
FARMINGTON MI    48336

HAROLD C LIKELY
GERALDINE F LIKELY
1203 OLD MARINE DR
BELLINGHAM WA    98225

IDA MAE LINTON
404 NORTHWOOD RD
WILMINGTON DE    19803

JAMES W LINTON
404 NORTHWOOD RD
WILMINGTON DE    19803

JAMES W LINTON
IDA MAE LINTON
404 NORTHWOOD RD
WILMINGTON DE    19803

JUNE H LIVINGHOUSE TR U-A
04-14-92 JUNE HARDY
LIVINGHOUSE REV TRUST
3760 GLENRIDGE DR
SHERMAN OAKS CA    91423

ROBERT W LOHR
13400 TORRINGTON DR
MIDLOTHIAN VA    23113

ROBERT W LOHR
PATRICIA M LOHR
13400 TORRINGTON DR
MIDLOTHIAN VA    23113

MARLIES LOIBL
66 SEMINARY HILL RD
CARMEL NY    10512

MARION S LORR
233 HILLTOP
AMES IA    50010

WILLIE C LOTT
19814 ARBOR CREEK
KATY TX    77449

ROMEYN M LOWTHER
847 MANDY LN
CAMP HILL PA    17011

GEORGE A LUKAS
DOLLY J LUKAS
3104 PICKBURY DRIVE
CINCINNATI OH    45211

MARJORIE LYALL
117 PINE VIEW RD
STATESBORO GA    30458

HELEN HOOTON MACE
210 KINGWOOD FOREST DR
VICTORIA TX    77904

VICTOR SINCLAIR MACKNIGHT
1800 BEACH DR #1734
GULFPORT MS    39507

LINDA MAIN
101 CHELTENHAM ROAD
LONGLEVENS GLOUCESTER
GL2 0JG UK

GAIL JACQUELINE MAINUARING
1 HAZEL CLOSE
NEU INN PONTYPOOL
GWENT NP4 ORR UK

RICHARD GEORGE MANN
36 YLE LARUN BEAT
YAAM CLEVELAND
TS15 9HP UK

KENNETH C MARSHALL SR
MARY S MARSHALL
103 ADDIX AVENUE
GREENWOOD DE    19950

KENNETH C MARSHALL SR AND
MARY S MARSHALL JT TEN
103 ADDIX AVENUE
GREENWOOD DE    19950

MARY S MARSHALL
103 ADDIX AVENUE
GREENWOOD DE    19950

MARY S MARSHALL
1301 N HARRISON ST NO 1502
WILMINGTON DE    19806

JOHN H MASON JR
971 PARKRIDGE CIRCLE E
JACKSONVILLE FL    32211

FRANK MAXWELL
SUE MAXWELL
BOX 535
GREENWOOD TX    76246

GLENN A MC CAFFREY
101 WENDOVER RD
GREENWOOD SC    29649

JOHN R MC DERMIT AND JULIA A
MC DERMIT JT TEN
1627 SOUTH BROAD ST
PHILADELPHIA PA    19148

RUSSELL L MC CLELLAN
1055 LAKE CIRCLE
LINCOLNTON GA    30817

JULIET DAVIDSON MC CAFFREY
132 KINGSTON RD
GREENWOOD SC    29646

NANCY M MC NEAR
4307 GRANDVIEW DR
PEORIA HEIGHTS IL    61614

INDIA B MCLEOD
3112 DE LA RUE DR
MILTON FL    32583

VIRGINIA MACKENZIE MCNEAR
4307 GRANDVIEW DRIVE
PEORIA HEIGHTS IL    61614

JAMES MELVILLE
187 PIERSON RD
WOODSTOWN NJ    08098

E.1. DuPont List of Exclusions

| | | | |
|---|---|---|---|
| ROXANNA D MERRIKEN<br>207 S 7TH ST<br>DENTON MD    21629 | DAVID E MIDDLETON<br>17 GALLOPS LANE<br>PRESTBURY CHELTENHAM<br>GLOUCESTERSHIRE GL52 5SD UK | MARY BETH MIHLETHALER<br>TRUSTEE MARY BETH<br>MIHLETHALER TRUST U-A DTD 7/31/85<br>3992 WHISPERING WAY SE<br>GRAND RAPIDS MI    49546 | GEORGE MILANO AND ELSIE<br>MILANO JT TEN<br>80 HORTON ROAD<br>VALLEY STREAM NY    11581 |
| ESTHER L MILLARD<br>MILLARD SCHOOL<br>56557 TOM SMITH RD<br>BANDON OR    97411 | DON MILLER<br>CHARLOTTE MILLER<br>423 EBERHART<br>LARAMIE WY    82070 | MARILYN J MILLER<br>7230 MAPLEWOOD DR<br>INDIANAPOLIS IN    46227 | MARY JANE MILLER<br>422 BAYBERRY COURT<br>ENGLISHTOWN NJ    07726 |
| TED W MILLER<br>7749 GRANADA DR<br>BUENA PARK CA    90621 | CARLOS R MONSEGNUR<br>ANITA PFISTER MONSEGNUR<br>AV CORDOBA 950 5B<br>BUENOS AIRES 1054<br>ARGENTINA | WILLIAM J MONTALBANO<br>2630 WEDGEFIELD RD<br>SUMTER SC    29150 | BRUCE E MONTGOMERY &<br>FLORENCE M MONTGOMERY TR U-A<br>02-11-93 BRUCE E MONTGOMERY<br>& FLORENCE M MONTGOMERY<br>P O BOX 28923<br>ATLANTA GA    30358 |
| PAUL MOORE<br>25 S MAIN<br>RUSSELL KS    67665 | SALLY J MOORE<br>1501 LAKE SHORE COURT<br>BARRINGTON IL    60010 | MARY VEAZEY MORELAND<br>1100 CROWN POINT RD WEST<br>SIGNAL MOUNTAIN TN    37377 | EDWARD MORRISON<br>95 STRABANE OLD ROAD<br>WATERSIDE LONDONDERRY<br>NORTHERN IRELAND BT47 2QB |
| BETTY ELEANOR MOSES<br>101-49TH ST S E<br>CHARLESTON WV    25304 | ESTHER MOSS<br>10580 WILSHIRE BLVD 10 NE<br>LOS ANGELES CA    90024 | A H MOUNTSTEPHEN<br>14 CRAMOND GLEBE GARDENS<br>EDINBURGH<br>EH4 6NZ | CARL B MUNRO &<br>HELEN S MUNRO JT TEN<br>22 BOBOLINK RD<br>JACKSON SPRGS NC    27281 |
| BETTY P MURCHISON<br>412 W 38TH ST<br>WILMINGTON DE    19802 | BERNADETTE C MURPHY<br>2312 MAGAZINE ST<br>NEW ORLEANS LA    70130 | EDWARD J MURPHY & SUSIE C<br>MURPHY JT TEN<br>2150 S OCEAN BLVD APT 3D<br>DELRAY BEACH FL    33483 | JOHN W MURRAY<br>465 W 23RD ST APT 4I<br>NEW YORK NY    10011 |
| RICHARD NASH<br>1 GAINSBOROUGH MEWS<br>PANMURE ROAD SYDENHAM<br>LONDON SE26 6ME UK | CAROLYN NATHAN<br>CHRISTOPHER NATHAN<br>THE COTTAGE RECTORY END<br>CHURCH LANE GRAVELY<br>HITCHIN HERTFORDSHIRE SG4 7LU | SHIRLEY B NAUSS<br>402 PINE SHADOWS DRIVE<br>SOUR LAKE TX    77659 | GLEN H NEUGEBAUER &<br>ALICE O NEUGEBAUER TTEES<br>FBO NEUGEBAUER FAMILY TRUST<br>27703 ORTEGA HWY 48<br>SAN JUAN CAPISTRANO CA    92675 |
| GLENN H & ALICE O NEUGEBAUER<br>TTEES NEUGEBAUER FAMILY<br>TRUST U-A 10-18-91<br>27703 ORTEGA HGWY 48<br>SAN JUAN CAPISTRANO CA    92675 | DAVID S NEWBY<br>C/O CONOCO INC<br>600 NORTH DAIRY ASHFORD<br>HOUSTON TX    77079 | NOBLE LOWNDES SETTLEMENT TRUSTEES<br>5 BEDFORD PARK<br>CROYDON SURREY<br>CR9 2ZT ENGLAND | PATRICK O'CALLAGHAN<br>2 GREEN PASTURES ROAD<br>WRAXALL BRISTOL<br>BS48 1ND ENGLAND |
| CATHERINE B OCONNELL<br>1105 IPSWICH DR<br>WILMINGTON DE    19808 | PHILIP G OEHLER<br>102 FALLING CREEK DR<br>THOMASVILLE NC    27360 | CHARLES H OLEARY<br>1536 WESTSHIRE LA<br>RICHMOND VA    23233 | FRED T OLSON & GENEVIEVE A<br>OLSON JT TEN<br>1313 RIDGECREST DR<br>CLINTON IA    52732 |
| BETTY F OREM TR U-A 12-30-75<br>HAROLD M OREM & BETTY F OREM<br>TRUST<br>227 W 15TH ST<br>PORT ANGELES WA    98362 | NOEL J ORR<br>112 SOUTH ORANGE<br>SWEENY TX    77480 | WALTRAUT P M OSWALD<br>913 GILLESPIE ST<br>ENGLEWOOD FL    34223 | RAY D OWEN &<br>JUNE W OWEN AS COMMUNITY PROPERTY<br>1583 ROSE VILLA ST<br>PASADENA CA    91106 |
| CLARENCE E OXFORD JR<br>702 STRICKLAND LANE<br>LILLINGTON NC    27546 | HUGH W PARKER<br>JO ANN PARKER<br>PO BOX 1355<br>GULF BREEZE FL    32562 | RANDALL L PARKS TR U-A 2/12/90<br>835 CONGRESS AVENUE<br>CINCINNATI OH    45246 | MILTON E PARTIN<br>304 WILLOW OAKS DR<br>HEADLAND AL    36345 |
| DANIEL J PASEK & FRANCES M<br>PASEK TR U-A 11-03-88 DANIEL<br>J PASEK & FRANCES M PASEK<br>TRUST<br>1359 CEDARVIEW DR<br>CLAREMONT CA    91711 | HARLEY D PATTERSON SR &<br>TOLLIS B PATTERSON<br>1408 PELICAN BAY<br>WINTER PARK FL    32792 | FLORENTINO A PAUNIL &<br>MARY S PAUNIL JT TEN<br>507 S LAW ST<br>ABERDEEN MD    21001 | BLONDELL L PEAGLER<br>2220 FRINK ST<br>CAYCE SC    29033 |

Date 05/12/2003                                                                    Page    8

E.I. DuPont List of Exclusions

ROBERT L PEARSON
70 1 2 STATE ST
PENNS GROVE NJ      08069

JACK W PENNDORF
7306 BLANCO PINES DR
HUMBLE TX      77346

GOEBEL B PERCIVAL JR
R F D 1 BOX 44
JACKSON SC      29831

CECILIA C PETANI
101 WEST LAKE ST BOX 60
TAWAS CITY MI      48764

DONALD M PICKENS & MARY N
PICKENS JT TEN
1550 NW 195 ST 103
SEATTLE WA      98177

C R PICKERING
5 CHILTERN PARK
THRONBURY BRISTOL
BS35 2HX ENGLAND

DOROTHY PICKUP
13645 WEST 58TH TERRACE
SWANEE KS      66216

LOUISE R PLODINIC
116 LITTLE JOHN LN
STARKVILLE MS      39759

GERALD A PLOEGER
208 ELOHI WAY
LOUDON TN      37774

GERALD A PLOEGER C/F
ALEXIS M PLOEGER UTMA WV
2705 23RD ST
PARKERSBURG WV      26101

THOMAS A POIRIER &
FRANCES L POIRIER JT TEN
7310 BOXWOOD RD
LOUISVILLE KY      40222

STANLEY I POLLOCK & MARGARET
H POLLOCK TR U-A 06-01-94
STANLEY I POLLOCK & MARGARET
H POLLOCK TRUST
828 W YALE ST
ONTARIO CA      91762

JACKSON L PORTER
712 N 31ST ST
NEDERLAND TX      77627

KENNETH E POSS
914 WASHINGTON ST
POST NECHES TX      77651

BEULAH JEANNE PRAHL
199 CUMMINGS RD
PAINESVILLE OH      44077

MALCOLM M PRESTON  TTEE
FBO MALCOLM M PRESTON
U/A/D 12/06/90
P.O.BOX 1318
CRUZ BAY VI      00831

PAUL I PUDDINGTON
JEAN A PUDDINGTON
11 ASCOT LN
OLD LYME CT      06371

FREDA M RAKER TTEE
FREDA M RAKER TRUST
RD 1 BOX 4568
MCCONNELLSBURG PA      17233

ELLA S RAYBURN
1210 SUMMIT POINTE
SCRANTON PA      18508

LAURA B REEK
P O BOX 996
WOODRUFF WI      54568

T D REES
76 DERWENDE AVE
CEFN FOREST BLACKWOOD GWENT
NP12 3LN GREAT BRITAIN

MARCY REIBEL
680 RAVENNA CIR
REYNOLDSBURG OH      43068

NINA RENAUD
346 1ST STREET APT 104
SAN FRANCISCO CA      94105

MARGUERITTE B REPPERT TR U-A
12-01-94 MARGUERITTE B
REPPERT
719 MAIDEN CHOICE LANE
APT BR429
CATONSVILLE MD      21228

WILLIAM RESNICK
5070 N OCEAN DR APT 19A
SINGER ISLAND FL      33404

THERON RICE
6610 MADISON MCLEAN DR
MC LEAN VA      22101

ROBERT J RIETHMILLER
333 MEETING HOUSE RD
JENKINTOWN PA      19046

MARGARET ANNE RIGBY
1617 FANNIN APT 1812
HOUSTON TX      77002

JAMES E ROBINSON
227 CRESCENT DRIVE
NEENAH WI      54956

BABETTE H ROSENBERG &
BENEDICT L ROSENBERG TR U-A
05-16-89 F-B-O BABETTE H
ROSENBERG
2774 S OCEAN BLVD #701
PALM BEACH FL      33480

ANNA LOUISE ROTH
BOX 237
CLARKS SUMMIT PA      18411

HOWARD A RUSSELL
111 FAIRVIEW RD
LELAND NC      28541

ADALINE T RYAN
2401 PENNSYLVANIA AVENUE
WILMINGTON DE      19806

JOSEPH J SABULIS
4 HO LN
NEW PALTZ NY      12561

PHILLIP SALVADOR
9 GLENDEE TERRACE
CULTS ABERDEEN
AB15 9HX SCOTLAND

WILLIAM C SANBORN TR
WILLIAM C SANBORN LIV TR
PO BOX 999
COLFAX CA      95713

DOLORES SANNA CUST
MICHAEL D SANNA UGMA PA
4251 E PONTATOC CANYON DR
TUCSON AZ      85718

DOLORES SANNA CUST STEVEN N
SANNA UNIF GIFT MIN ACT PA
4251 E PONTATOC CANYON DR
TUCSON AZ      85718

LOIS G SCARBOROUGH
1011 BALTIMORE AVE
WILMINGTON DE      19805

O GEORGE SCHNEIDER
DARLENE M SCHNEIDER
4128 DICKSON CT
OAKLAND CA      94605

PRUDENCE SCHULER
P O BOX 94
SOUTH WOODSTOCK VT      05071

CHARLES SCHUMAN
12 STANFORD AVE
WEST ORANGE NJ      07052

FRANCES E SERVAS
412 ROSEWOOD DR
NEWARK DE      19713

PETER JAMES SHAW
10 MEADOW DRRIVE
BUDNCLOSS SHEFFIELD
S35 1U4 ENGLAND

STEPHEN J SHEA III &
VICTORIA S SHEA JT TEN
149 DEWBERRY DRIVE
HOCKESSIN DE      19707

PHILIP G SHEHAN & EMMA T
SHEHAN JT TEN
207 COULBOURNE HILL RD
SALISBURY MD      21804

ARTHUR W SHEPHERD
R D 2 BOX 189A
SEAFORD DE      19973

DONALD R SHEPHERD
ROUTE 3 BOX 12A
WASHINGTON W VA      26181

Page    9

E.I. DuPont List of Exclusions

JUDITH ANN SHEPHERD
RT 3 BOX 120A
WASHINGTON WV    26181

CHRISTOPHER B SHERLOCK
BEAVER BROOK APT 19W
550 S DUPONT PARKWAY
NEW CASTLE DE    19720

ELAINE SILBERMAN IRA
8410 CASA DEL LAGO APT #20G
BOCA RATON FL    33433

HELEN V SINKOWSKI TR U-A
08-24-94 HELEN V SINKOWSKI
REVOCABLE TRUST
1358 LINVILLE DR
WATERFORD MI    48328

THOMAS C SKINKER & MARJORIE
B SKINKER TEN ENT
8803 WALNUT HILL RD
BETHESDA MD    20815

JOAN B SMITH
26 FLINTLOCK DR
LONG VALLEY NJ    07853

JOSEPH E SMITH &
DOROTHY S SMITH JT TEN
1511 12TH AVE
GRAFTON WI    53024

NATHAN A SMITH
312 N GAY
SCOTTVILLE MI    49454

PATRICIA G SMEDKER
8131 BROOK DR
MECH VA    23111

LESLIE F STANTON CUST EMILY
S STANTON UNIF TRANS TO MIN
ACT GA
1999 FRANK BROCE RD
DAWSONVILLE GA    30534

LESLIE F STANTON CUST JACOB
L STANTON UNIF TRANS TO MIN
ACT GA
9451 173RD STREET W
LAKEVILLE MN    55044

PAUL STEIN
15 GREENWAY PLAZA 14F
HOUSTON TX    77046

LEO J STEP
16203 EDGEWOOD CT
MAPLE HEIGHTS OH    44137

JOYCE STERLING
77 ELDER ROAD
NEEDHAM MA    02194

CHARLES M STEVENS JR
MARY LOUISE STEVENS JT TEN
P O BOX 71
HURLOCK MD    21643

GRAHAM STEWART
26 NEW STREET
MAWDESLEY ORMSKIRK
LANCASTER L40 2QP UK

PAUL R STEYERMARK
10 SHORT DR
LANCASHIRE
WILMINGTON DE    19810

CARL A STICKEL TR U-A
09-12-94 CARL A STICKEL
TRUST
C/O MARTHA L PUDSEY
1557 SALEM AVENUE
DAYTON OH    45406

EVELYN S STIEFEL & REID S
STIEFEL JT TEN
15739 ROLLING TIMBERS DR
HOUSTON TX    77084

HELEN M STOCK
4334 LEEWARD LANE
RENO NV    89502

BERNARD J STONE &
MARY A STONE JT TEN
703 ASHFORD RD SHARPLEY
WILMINGTON DE    19803

DORSEY STOVER &
MARY STOVER TEN COM
16010 SCENIC OAK TRAIL
BUDA TX    78610

RUSSELL G STURGIS
P O BOX 250
ARANSAS PASS TX    78336

DOLORES M SULTZER
4251 E PONTATOC CANYON DRIVE
TUCSON AZ    85718

DOLORES M SULTZER CUST
STEVEN V SANNA UGMA DE
4251 E PONTATOC CANYON DR
TUCSON AZ    85718

JOHN M SWANSON TR U-A
12-18-70 JOHN M SWANSON REV
TRUST AS AMENDED
4700 SW HOLLYHOCK CIR APT 306
CORVALLIS OR    97333

WALTER R TALLENT &
LORRAINE W TALLENT
501 LONDONDERRY LANE
DENTON TX    76205

GORDON E TATE
2822 STUTZ
MIDLAND TX    79705

ALEENE V TAYLOR
320 HILL ST
MILLTOWN IN    47145

GENE TAYLOR
2017 FLINTLOCK TERR E
COLORADO SPRINGS CO    80918

JACK C TAYLOR
830 APPLE JACK DR
GREENVILLE NC    27858

CHARLES W THEURING
1585 HWY 50
MILFORD OH    45150

BENJAMIN A THOMASSON &
MADELINE T THOMASSON JT TEN
414 TROY AVE WOODCREST
WILMINGTON DE    19804

JEAN S THOMPSON
5139 SOUTH PASSAGE DR
PITTSBURGH PA    15236

GRENVILLE TIMBRELL
5 BALTIMORE PLACE
FORREST HILL
AUCKLAND 10
NEW ZEALAND

ALICE M TOWISER & JEAN WALSH
NOLAN JT TEN
4225 MIAMI AVENUE
MELBOURNE FL    32904

ALICE M TOWISER & MARK C
WALSH JT TEN
4225 MIAMI AVENUE
MELBOURNE FL    32904

HELEN A TORREANO & JOHN J
TORREANO JT TEN
3037 LOWER MOUNTAIN RD
SANBORN NY    14132

DALE W TROST
6030 AR HWY 319 W
AUSTIN AR    72007

JOAN HESSE-TUCHMAN
9603 NW 35TH CT
CORAL SPRINGS FL    33065

ARTHUR W TUNNELL JR
2354 BURTON AVE
FORT MYERS FL    33907

SYLVIA TURLEY
2614 PECKSNIFF RD
WILMINGTON DE    19808

CALVIN DAVIS TURMAN &
EVELYN BEATRICE TURMAN TR
UA DTD 06 19 91 TURMAN TR
1321 SINGINGWOOD CT 1
WALNUT CREEK CA    94595

STUART UPSON
16 WRENFIELD LANE
DARIEN CT    06820

HUGO R USALA
JOHANNA H USALA JT TEN
7809 BENT TREE
AMARILLO TX    79121

JANE H VAN AKEN TTEE
JANE H VAN AKEN TRUST
UAD APRIL 6 1989
DOW 5 ACCT
238 MESQUITE
RIDGECREST CA    93555

R VAREY
THE BARN WARREN FARM
HIGH STREET RIDGMONT
BEDFORD MK43 OTS UK

BILLY R VAUGHAN
236 ARTIS RD
PIKEVILLE NC    27863

E.1. DuPont List of Exclusions

ANSO V VENTURENA
MARY F VENTURENA
1120 S CLAYTON RD
WILMINGTON DE     19805

ELIZABETH A VERNON
672 LAKE ORCHID CIRCLE
VERO BEACH FL     32962

CARLO F VIOLA JR
1 THE STRAND
NEW CASTLE DE     19720

CHAD C VIOLA
1 THE STRAND
NEW CASTLE DE     19720

TODD C VIOLA
1 THE STRAND
NEW CASTLE DE     19720

BRUCE M VOGEL C/F
NICOLE ELIZABETH VOGEL UGMA MD
146 STANMORE RD
BALTIMORE MD     21212

IRENE A VORAN
216 D TIMBER TRAIL
BEL AIR MD     21014

J RODNEY WALLACE
7 GREAVES CLOSE
WARWICK
CV34 6LU ENGLAND

FRANCES M WALLS
104 SECOND ST
LEWES DE     19958

MARY T WALLS
GERALD T WALLS
4604 PICKWICK DR LIMESTONE ACRES
WILMINGTON DE     19808

MARY T WALLS
4604 PICKWICK DRIVE
LIMESTONE ACRES
WILMINGTON DE     19808

HELEN WALSH & PATRICK W
WALSH JT TEN
931 WEIZMAN
SAN ANTONIO TX     78213

MARY P WALTON
2732 WOOD RD
SPRINGFIELD TN     37172

CAROLYN H WALTZER
904 49TH ST
VIENNA WV     26105

SHIRLEY M WARTEL TR
1415 IVY DR WEBSTER FARMS
WILMINGTON DE     19803

STEPHEN J WATTS
15 LIANTHEWY CLOSE
CROESCEILIOG
CWMBRAN GWENT
NP44 2PF UK

FRANCIS M WEATHERFORD
365 WILSON AVENUE
MARTINSVILLE VA     24112

URSULA MEGAN WEBB
PO BOX 5113
MADISON WI     53705

GEORGE R WEBBER
MARJORIE J WEBBER
2309 SEMINOLE ST
ENID OK     73703

MARJORIE J WEBBER
2309 SEMINOLE ST
ENID OK     73703

LESTER G WEBER
2030 MACKENZIE DR
COLUMBUS OH     43220

CLARK G WEBSTER
ALETHA O WEBSTER
2A WESTLAKE DR
ORANGE CITY FL     32763

VICTOR WEBSTER
C/O THE MAIL ROOM
SCI
241 WATER ST
NEW YORK NY     10038

ELIZABETH B WEEKS
301 PARK RD
LOOKOUT MOUNTAIN TN     37350

SAUL A WEINBERG MD
79210 HAWKINS
CHAPEL HILL NC     27514

HAROLD E WELSH
C-O OLGA WELSH EXECUTRIX
6 ZETO DR
ORANGE TX     77630

RALPH B WHEATCRAFT
4605 MARLIN DR
CHARLESTON WV     25302

JAMES A WHITEHEAD
1 STARLIGHT ROAD
OAKRIDGE NJ     07438

WARREN WHITON
RT 4 BOX 4015
TRINITY TX     75862

ROBERT E WHYTE
110 THISSELL LN
WILMINGTON DE     19807

ROBERT EDWARD WHYTE
FRANCES M WHYTE
110 THISSELL LN
WILMINGTON DE     19807

WILLIAM M WIDENOR
3832 PARK LAKE DR
ROCKVILLE MD     20853

VIRGIL E WILDER
BETTY JO WILDER
114 CEDAR HILL DR
WAVERLY TN     37185

MICHELE WILDEY
3 EDINBURGH CT
NEWARK DE     19711

RICHARD A WILHELM
2806 AMBLER COURT
WILMINGTON DE     19808

JON M WILLEY
213 S MAIN ST
BRIDGEVILLE DE     19933

BETTY JANE WILLIAMS
2710 CARDINAL CIRCLE
GULFSTREAM FL     33483

BRIAN WILLIAMS
211 HAWTHORNE WAY
SHELLEY HUDDERSFIELD
HD8 8PZ ENGLAND

ROBERT W WILLIAMS DDS
2710 CARDINAL CIRCLE
GULFSTREAM FL     33483

COLIN WILSON
14 JULIANS ROAD
STEVENAGE
SG1 3ES UK

DARL D WILSON
3200 VALLEY MILLS ROAD
PARKERSBURG WV     26101

HARRIET C WILSON
237 NO MAIN ST #149
SO YARMOUTH MA     02664

KENNETH W WILSON & ELINOR S
WILSON JT TEN
1 TOWERS PARK LANE NO 1510
SAN ANTONIO TX     78209

CORINNE M WINTERS TTEE
CORINNE M WINTERS REV TRUST
1306 PELHAM RD APT 203
GREENVILLE SC     29615

NORMAN A WOBESKY &
BENJAMIN C DAVIS TRS UAD 3-1-78
NORMAN A WOBESKY TR
91 SALEM ST
ANDOVER MA     01810

PATRICIA GWYN WOLTZ
815 GREENHILL ROAD
MT AIRY NC     27030

NANCY MOORE WOODALL
2332 LIBERTY ST
PARKERSBURG WV     26101

MARY B WORKMAN
716 LAWSON ST
CHATTANOOGA TN     37415

E.I. DuPont List of Exclusions

JOHN WRIGHT
10 FARNDALE ROAD
SCAWSBY DONCASTER
SOUTH YORKHIRE DN5 8SH UK

MARGARET H WULF
3020 KAYE LAWN DR
LOUISVILLE KY    40220

C RICHARD ZARTMAN IRA R/O
1061 BEECH TREE LN
BRENTWOOD TN    37027

JOSEPH M ZELENAK & JEAN P
ZELENAK JT TEN
25 ALBERT DR
PARLIN NJ    08859

LOUISE L ZGARDZINSKI
4130 POMPEY RD
JAMESVILLE NY    13078

LILLIAN R ZOLIN
52 POTTER POND
LEXINGTON MA    02421

RAYMOND A ZUCCO
4 SILVERMINE WOODS
WILTON CT    06897

TOTAL NUMBER OF RECORDS 487